**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Aurora Yvette HERNANDEZ,**
**Defendant–Appellant.**

**No. 08–16647**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 3, 2009.

Aurora Yvette Hernandez, Tallahassee, FL, pro se.

Amy Lee Copeland, U.S. Attorney's Office, Savannah, GA, for Appellee.

Before CARNES, WILSON and KRAVITCH, Circuit Judges.

PER CURIAM:

Amanda R. Roberts, appointed counsel for Aurora Yvette Hernandez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Hernandez's conviction and sentence are **AFFIRMED.**